PROB 12A
(7/93)

# United States District Court

## for the

## Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 19 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

Name of Offender: Michael David Rhonemus       Case Number: 2:01CR00012 ~~93CR00100-001~~

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 12/02/1994            Type of Supervision: Supervised Release

Original Offense: Credit Card Fraud, 18 U.S.C. § 1029(a)(1)      Date Supervision Commenced: 02/04/05

Original Sentence: Prison - 30 months; TSR - 36 months      Date Supervision Expires: 11/29/05

Revocation: (08/19/2004) Prison - 4 months;
TSR -36 months
Expiration of TSR-11/29/2005

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer. |

**Supporting Evidence Violation #1**: Michael Rhonemus is considered in violation of his supervised release in the Eastern District of Washington by using and/or possessing a controlled substance marijuana on/or about March 7, 2005.

Mr. Rhonemus submitted a urine sample at Iverson Center on March 7, 2005, which tested confirmed positive for marijuana, according to Quest Laboratories. Mr. Rhonemus initially denied wilful use of this substance, but later admitted to using while at a party where he had consumed a large quantity of alcohol.

**U.S. Probation Officer Action**:

Mr. Rhonemus has been engaging in outpatient drug treatment with New Horizons Outpatient. Mr. Rhonemus reports he is aware that he is not allowed to ingest alcohol while participating in substance abuse treatment.

Based on Mr. Rhonemus complying with substance abuse treatment, the Probation Office recommends the Court take no further action at this time. However, if further violations of this nature occur, the Probation Office will notify the Court.

Respectfully submitted,

by Missy K. Kolbe
U.S. Probation Officer
Date: April 15, 2005

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

4/19/05
Date